AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| KEVIN GAUGHEN, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-00077-SES |
| DAUPHIN COUNTY, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dauphin County and Anthea Stebbins.

Date:   01/23/2023

/s/ John W. Dornberger
*Attorney's signature*

John W. Dornberger, Esquire / 69293
*Printed name and bar number*
Post & Schell, P.C.
17 N. Second St., 12th Fl.
Harrisburg, PA 17101

*Address*

jdornberger@postschell.com
*E-mail address*

(717) 612-6037
*Telephone number*

(717) 720-5381
*FAX number*

## CERTIFICATE OF SERVICE

I, John W. Dornberger, Esquire, attorney for Defendants, Dauphin County and Anthea Stebbins, hereby certify that on this 23rd day of January, 2023, I served a true and correct copy of the foregoing *Appearance of Counsel John W. Dornberger*, via the Court's ECF system:

Jeffrey D. Zeman, Esquire
Conor T. Fitzpatrick, Esquire
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
(215) 717-3473
*Jeff.zeman@thefire.com*
*Conor.fitzpatrick@thefire.com*

*Attorneys for Plaintiffs*

**POST & SCHELL, P.C.**

By:   */s/ John W. Dornberger*
John W. Dornberger, Esquire
Attorney I.D. No. 69293
17 North Second Street, 12th Floor
Harrisburg, PA 17101
Phone: (717) 612-6037
Fax: (717) 720-5381
*Attorneys for Defendants, Dauphin County and Anthea Stebbs*

Dated:  January 23, 2023

25049653v1